IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| SAM QUACH, | : |
| | : |
|    Plaintiff, | : |
| | : |
| v. | :   CIVIL ACTION NO. |
| | :   1:15-CV-750-RWS |
| PARAGON SYSTEMS INC., | : |
| | : |
|    Defendant. | : |

**ORDER**

This matter is before the Court on the Report and Recommendation of Magistrate Judge Russell G. Vineyard [Doc. No. 24]. Having carefully considered the record, the Report and Recommendation, and the objections thereto [Doc. No. 26], the Report and Recommendation [Doc. No. 24] is approved and adopted as the opinion and order of this Court. As such, Plaintiff's Amended Motion to Amend [Doc. No. 18] is GRANTED in part and DENIED in part. Plaintiff is ORDERED to file an Amended Complaint within fourteen days that asserts only his race discrimination claims in violation of Title VII and § 1981. Defendant is ORDERED to file a responsive pleading in accordance with the deadlines set forth in the Federal Rules of Civil Procedure.

In light of the Court's ruling regarding an Amended Complaint, Defendant's

AO 72A
(Rev.8/82)

Motion to Dismiss [Doc. No. 3] is DENIED as moot.  The Clerk is DIRECTED to terminate the pending status of the Report and Recommendation regarding the Motion to Dismiss [Doc. No. 15].

**SO ORDERED**, this 28th day of March, 2016.

_____
**RICHARD W. STORY**
United States District Judge

2